IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO RODRIGUEZ,<br><br>                   Petitioner,<br><br>   v.<br><br>BEN CURRY, WARDEN,<br><br>                  Respondent. | C 09-3606 JSW (PR)<br><br>[PROPOSED] ORDER |

GOOD CAUSE SHOWN, Respondent is hereby GRANTED a thirty-day extension of time, up to and including March 3, 2010, to file a responsive pleading in this matter. If Petitioner wishes to respond to the responsive pleading, he shall do so by filing and serving a traverse or opposition to a motion within thirty days of receipt of Respondent's responsive pleading.

Dated: February 3, 2010

                                        /s/ Jeffrey S. White
                                        JEFFREY S. WHITE
                                        United States District Judge