IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO RODRIGUEZ, | C 09-3606 JSW (PR) |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| BEN CURRY, WARDEN, | |
| Respondent. | |

GOOD CAUSE SHOWN, Respondent is hereby GRANTED a thirty-day extension of time, up to and including March 3, 2010, to file a responsive pleading in this matter. If Petitioner wishes to respond to the responsive pleading, he shall do so by filing and serving a traverse or opposition to a motion within thirty days of receipt of Respondent's responsive pleading.

Dated: February 3, 2010

_____
JEFFREY S. WHITE
United States District Judge