IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO RODRIGUEZ,<br><br>    Petitioner,<br><br> vs.<br><br>BEN CURRY, Warden,<br><br>    Respondent. | No. C 09-3606 JSW (PR)<br><br>**JUDGMENT** |

Pursuant to the order denying the petition for a writ of habeas corpus, judgment is hereby entered in favor of Respondent.

IT IS SO ORDERED.

DATED: February 25, 2011

_____
JEFFREY S. WHITE
United States District Judge